```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 29154
   PASQUALE PIROLO
   GIOVANNA PIROLO                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
  SSN XXX-XX-8941      SSN XXX-XX-9179

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/28/08 .

     2.  The case was dismissed without confirmation, 01/23/2009.

     3.  The Debtor paid a total of $     300.00 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
SUNTRUST MORTGAGE CO       UNSECURED     NOT FILED            .00          .00
CITIFINANCIAL AUTO         UNSECURED     NOT FILED            .00          .00
WACHOVIA DEALER SERVICES   UNSECURED     NOT FILED            .00          .00
CCA                        UNSECURED     NOT FILED            .00          .00
HSBC                       UNSECURED     NOT FILED            .00          .00
HSBC                       UNSECURED     NOT FILED            .00          .00
NICOR GAS                  UNSECURED     NOT FILED            .00          .00
NORTHWEST COLLECTORS       UNSECURED     NOT FILED            .00          .00
HSBC                       UNSECURED     NOT FILED            .00          .00
        Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00          .00          .00
PRINCIPAL PAID           .00          .00          .00          .00          .00
INTEREST PAID            .00          .00          .00          .00          .00
TOTAL PAID               .00          .00          .00          .00          .00
The Debtor's attorney, SCHOTTLER & ASSOC              , was allowed $   3500.00
and was paid $    926.00  direct and $    284.10  through the plan.

The Trustee received $    15.90 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



  Dated: 03/13/09                     /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 29154 PASQUALE PIROLO & GIOVANNA PIROLO